UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHUKUDI WOMACK,

    Plaintiff,

v.

JOHN DAVIDS, et al.,

    Defendants.
_____/

Case No. 1:20-cv-78

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion to Dismiss and for Summary Judgment (ECF No. 15). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 20, 2020, recommending that this Court grant the motion and that this matter be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 20) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss and for Summary Judgment (ECF No. 15) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

2

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated:  September 22, 2020             /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge